UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DALE L. BRADLEY, | |
| Petitioner, | Case No. C24-1197-KKE |
| v. | |
| JASON BENNETT, | ORDER DISMISSING FEDERAL HABEAS ACTION |
| Respondent. | |

The Court has reviewed Petitioner's petition for writ of habeas corpus, and the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge. Dkt. Nos. 4, 6. The Court has also considered Petitioner's objections (Dkt. No. 7), which fail to show error in Judge Peterson's Report and Recommendation, and the remaining record.

The Court hereby finds and ORDERS:

(1) The Report and Recommendation is approved and adopted.

(2) Petitioner's petition for writ of habeas corpus (Dkt. No. 4) and this action are DISMISSED without prejudice for failure to exhaust state court remedies.

(3) In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED.

ORDER DISMISSING FEDERAL
HABEAS ACTION - 1

(4) The Clerk is directed to send copies of this Order to Petitioner and to Judge Peterson.

DATED this 13th day of November, 2024.

Kymberly K. Evanson
United States District Judge

ORDER DISMISSING FEDERAL
HABEAS ACTION - 2